UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
AMERICAN HEALTH PRODUCTS                  §    Case No. 07-17085
CORPORATIO
                                          §
        Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK, U.S. BANKRUPTCY COURT
          7th Floor, Federal Building
          219 South Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/12/2010 in Courtroom 4016,
          United States Courthouse
          505 N. County Farm Road
          Wheaton, IL  60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| AMERICAN HEALTH PRODUCTS CORPORATIO | § | Case No. 07-17085 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*        $

*and approved disbursements of*        $

*leaving a balance on hand of*[1]        $

Claims of secured creditors will be paid as follows:

*Claimant*        *Proposed Payment*
        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DAVID R. BROWN* | $_____ | $_____ |
| *Attorney for trustee: SPRINGER, BROWN, COVEY, GAERTNER* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: ALAN D. LASKO & ASSOCIATES, P.C.* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ | $ |
| Fees: | $ | $ |
| Other: Hartford Fire Insurance Company | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 18 | Deborah Bills | $ | $ |
| 20 | Edgardo Constantino | $ | $ |
| 21 | Francisca Shim | $ | $ |
| 22 | Internal Revenue Service | $ | $ |
| 25 | MISSOURI DEPARTMENT OF REVENUE | $ | $ |
| 28 | William A Jacobsen | $ | $ |
| 29 | Andrew Lewis | $ | $ |
| 31 | Brook Howard | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 34 | Brian Martin | $ | $ |
| 36 | Agnes Eannarino | $ | $ |
| 39 | Ohio Department of Taxation | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | K Line America | $ | $ |
| 2 | Robert J Simmons | $ | $ |
| 5 | United Parcel Service | $ | $ |
| 6 | Anthony F Alibrio Sr | $ | $ |
| 8-1 | WRP Asia Pacific SDN BHD | $ | $ |
| 9 | Uline | $ | $ |
| 10 | Plante & Moran | $ | $ |
| 11 | TNT Enterprises, LLC. | $ | $ |
| 12 | Montgomery Investment Tech Inc | $ | $ |
| 13 | Fred Dobelbower | $ | $ |
| 14 | McMaster-Carr Supply Co. | $ | $ |
| 15 | Waste Management RMC | $ | $ |
| 16 | Reinhart Boerner Van Deuren s.c. | $ | $ |
| 17 | Hartford Fire Insurance Company | $ | $ |
| 18A | Deborah Bills | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 19 | Crown Credit Company | $ | $ |
| 21A | Francisca Shim | $ | $ |
| 22A | Internal Revenue Service | $ | $ |
| 24 | Time Definte Services Inc. | $ | $ |
| 26 | Royal Office Products | $ | $ |
| 27 | Emile Roy | $ | $ |
| 30 | APL Products SDN BHD, Lot 8961&8964 | $ | $ |
| 32A | Alan Zeffer | $ | $ |
| 33 | New Edge Networks | $ | $ |
| 36A | Agnes Eannarino | $ | $ |
| 38 | Toole Law Office LLC. | $ | $ |
| 31A | BROOK HOWARD | $ | $ |
| 39A | Ohio Department of Taxation | $ | $ |
| 8-2 | Fox Hefter Swibel Levin& Carroll LLP | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 37 | Silver Train, Inc | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

UST Form 101-7-NFR (9/1/2009) *(Page: 5)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $       .

Prepared By: /s/_____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.