UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
AMERICAN HEALTH PRODUCTS              §      Case No. 07-17085
CORPORATIO
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK, U.S. BANKRUPTCY COURT
          7th Floor, Federal Building
          219 South Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/12/2010 in Courtroom 4016,
          United States Courthouse
          505 N. County Farm Road
          Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
AMERICAN HEALTH PRODUCTS § Case No. 07-17085
CORPORATIO
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,087,663.60 |
| and approved disbursements of | $ | 1,770,541.24 |
| leaving a balance on hand of[1] | $ | 317,122.36 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                         *Proposed Payment*
_____    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DAVID R. BROWN | $ 13,899.34 | $ 107.21 |
| Attorney for trustee: SPRINGER, BROWN, COVEY, GAERTNER | $ 38,778.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: ALAN D. LASKO & ASSOCIATES, P.C. | $ 14,886.50 | $ 272.97 |
| Special Attorney for trustee: | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 |
| Fees: | $ | $ |
| Other: Hartford Fire Insurance Company | $ 0.00 | $ 9,726.48 |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,227.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 18 | Deborah Bills | $ 2,544.81 | $ 0.00 |
| 20 | Edgardo Constantino | $ 560.00 | $ 0.00 |
| 21 | Francisca Shim | $ 567.49 | $ 0.00 |
| 22 | Internal Revenue Service | $ 94.36 | $ 94.36 |
| 25 | MISSOURI DEPARTMENT OF REVENUE | $ 89.12 | $ 89.12 |
| 28 | William A Jacobsen | $ 933.36 | $ 0.00 |
| 29 | Andrew Lewis | $ 860.00 | $ 0.00 |
| 31 | Brook Howard | $ 3,541.16 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 34 | Brian Martin | $ 1,765.80 | $ 0.00 |
| 36 | Agnes Eannarino | $ 2,668.14 | $ 0.00 |
| 39 | Ohio Department of Taxation | $ 603.28 | $ 603.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,250,520.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | K Line America | $ 4,305.00 | $ 241.47 |
| 2 | Robert J Simmons | $ 8,500.00 | $ 476.77 |
| 5 | United Parcel Service | $ 908.51 | $ 50.96 |
| 6 | Anthony F Alibrio Sr | $ 9,500.00 | $ 532.86 |
| 8-1 | WRP Asia Pacific SDN BHD | $ 2,755,930.07 | $ 154,582.34 |
| 9 | Uline | $ 404.83 | $ 22.71 |
| 10 | Plante & Moran | $ 80,000.00 | $ 4,487.26 |
| 11 | TNT Enterprises, LLC. | $ 65,753.90 | $ 3,688.19 |
| 12 | Montgomery Investment Tech Inc | $ 1,125.00 | $ 63.10 |
| 13 | Fred Dobelbower | $ 505.36 | $ 28.35 |
| 14 | McMaster-Carr Supply Co. | $ 210.55 | $ 11.81 |
| 15 | Waste Management RMC | $ 235.79 | $ 13.23 |
| 16 | Reinhart Boerner Van Deuren s.c. | $ 14,409.64 | $ 808.25 |
| 17 | Hartford Fire Insurance Company | $ 0.00 | $ 0.00 |
| 18A | Deborah Bills | $ 65,966.00 | $ 3,700.09 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 19 | Crown Credit Company | $ 19,903.13 | $ 1,116.38 |
| 21A | Francisca Shim | $ 13,833.33 | $ 775.92 |
| 22A | Internal Revenue Service | $ 15,018.26 | $ 842.39 |
| 24 | Time Definte Services Inc. | $ 500.53 | $ 28.08 |
| 26 | Royal Office Products | $ 1,912.49 | $ 107.27 |
| 27 | Emile Roy | $ 52,584.54 | $ 2,949.51 |
| 30 | APL Products SDN BHD, Lot 8961&8964 | $ 149,441.62 | $ 8,382.30 |
| 32A | Alan Zeffer | $ 129,989.63 | $ 7,291.22 |
| 33 | New Edge Networks | $ 979.66 | $ 54.95 |
| 36A | Agnes Eannarino | $ 15,000.00 | $ 841.36 |
| 38 | Toole Law Office LLC. | $ 20,000.00 | $ 1,121.82 |
| 31A | BROOK HOWARD | $ 160.00 | $ 8.97 |
| 39A | Ohio Department of Taxation | $ 242.50 | $ 13.60 |
| 8-2 | Fox Hefter Swibel Levin& Carroll LLP | $ 823,199.89 | $ 46,173.94 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,250.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 37 | Silver Train, Inc | $ 7,250.00 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhuley                 Page 1 of 3                   Date Rcvd: Feb 22, 2010
Case: 07-17085                 Form ID: pdf006              Total Noticed: 107

The following entities were noticed by first class mail on Feb 24, 2010.
db          +American Health Products Corporation,    80 Internationale Blvd., Unit A,
              Glendale Heights, IL 60139-2000
aty         +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
              Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
aty         +Douglas J. Lipke,    Vedder, Price,    222 North LaSalle Street,    Chicago, IL 60601-1003
aty         +Stephanie Hor,    Vedder Price Kaufman & Kammholz, P.C.,    222 N. LaSalle Str.,
              Chicago, IL 60601-1100
tr          +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11626056    +ACE Food Brokerage Company,    Attn: Ron Talton,    8604 Cliff Cameron Drive, Suite 150,
              Charlotte, NC 28269-8513
11626059     APL Products SDN BHD,    Lot 8961&8964,    Jalan Beruas, 32400 Ayer Tawar,
              Negeri Sembilan Darul Khusus,,    Perak Darul Ridzuan MALAYSIA
11626039    +Agnes Eannarino,    5014 Westwood Drive,    Mchenry, IL 60051-7654
11626057    +Akron Rubber Dev. Lab., Inc.,    300 Kenmore Boulevard,    Akron, OH 44301-1097
11626040    +Alan Zeffer,    87 Open Parkway South,    Lake Zurich, IL 60047-8450
11626041    +Alicia Grom,    518 South Collins St.,    South Elgin, IL 60177-2452
11626058    +Anderson Pest Control,    65 Century Drive,    Wheeling, IL 60090-6051
11626042    +Andrew Lewis,    1341 Davine Drive,    Glendale Heights, IL 60139-3315
11715389    +Anthony F Alibrio Sr,    AFA SR LLC,    POB 170,    Center Harbor, NH 03226-0170
11711599    +Anthony F Alibrio Sr.,    POB 170,    Center Harbor, NH 03226-0170
11626060    +Autry & Associates,    Attn: Larry Autry,    675 Gloucester Road, P.O. Box 230,
              Saluda, VA 23149-0230
11626043    +Brian Martin,    1690 Greenwood Place,    Escondido, CA 92029-4238
11626044    +Brook Howard,    1356 Boxwood Dr.,    Crystal Lake, IL 60014-1837
11626061    +Center Plate Marketing,    264 Prospect Street,    Suite A5,    Westfield, NJ 07090-4038
11626062     Chicago Apics Chapter,    c/o Chapter Administrator,    P.O. Box 2007,    Glenview, IL 60025-6007
11626063     Crown Credit Company,    P.O. Box 640352,    Cincinnati, OH 45264-0352
11816030    +Crown Credit Company,    Attn: Rod Hinders,    Crown Equipment Corporation,
              40 S Washington Street,    New Bremen, OH 45869-1247
11626045    +Deborah Bills,    14839 W. Reiter Dr.,    Lockport, IL 60491-9720
11626065     Deloitte Tax LLP,    P.O. Box 2079,    Carol Stream, IL 60132-2079
11626066    +Devine & Devine Food Brokers,    Attn: Joe Devine - President,    40 Accord Park Drive,
              Norwell, MA 02061-1613
11626067     Dipped Products Limited,    82/2, MOO 9, Tambon Ratthaphum,    Amphur Kuan Nieng, Songkhla, 90220,
              THAILAND
11626046    +Edgardo Constantino,    216 Gladstone Dr.,    Apt. 302,    Glendale Heights, IL 60139-1850
11626047    +Emile Roy,    29 Pimlico Court,    Manchester, NH 03110-6503
11626069    +Encompass Medical Supplies,    1930 S. Brea Canyon Rd #240,    Diamond Bar, CA 91765-4011
11626070     Eric & Brothers Company Ltd.,    5F, No.4, Sec.2, Min Sheng E. Rd.,    Taipei Taiwan 104,    R.O.C.
11626048     Eric Cannon,    681 Dickens,    Schaumburg, IL 60193
11626071    +Excel Foodservice Marketing,    P.O. Box 46265,    Attn: Margene Reno,
              Eden Prairie, MN 55344-2965
11626072    +FGMK, LLC,    2801 Lakeside Drive,    3rd Floor,    Bannockburn, IL 60015-1275
11626073    +FoodBuy, LLC,    3954 Collections Center Drive,    Chicago, IL 60693-0001
11626074    +Fortuna Food Brokers,    Attn: Enzo Dentico,    2741 Transit Road,    Elma, NY 14059-9634
13637258    +Fox, Hefter, Swibel, Levin & Carroll LLP,    200 West Madison St., Suite 3000,
              Chicago, IL 60606-3417
11626049    +Francisca Shim,    1874 Keystone Place,    Schaumburg, IL 60193-3534
11626050    +Fred Dobelbower,    40 Lancaster Rd,    Clinton, MA 01510-1406
11626075     Gardenia Industrial Co., Ltd.,    No. 556, TA CHIH RD.,    Tali 412,    Taichung, Taiwan China
11626038    +Greenfield Commercial Credit, LLC,    300 E. Long Lake Rd.,    Suite 180,
              Bloomfield Hills, MI 48304-2375
11804834     Hartford Fire Insurance Company,    Bankruptcy Unit T-1-55,    Hartford Plaza,    Hartford, CT 06115
11708076     Hartford Fire Insurance Company,    Hank D Hoffman,    Hartford Plaza,    Hartford, CT 06115
11626076    +Heartland Brokerage-Kansas Cty,    415 East 3rd Street,    Kansas City, MO 64106-1009
11626077     High Five Products, Inc.,    Dept. 77-52125,    Chicago, IL 60678-2125
11626078     Ikon Office Solutions, Inc.,    Central District,    P.O. Box 802815,    Chicago, IL 60680-2815
11626051     Illinois Secretary of State,    Dept of Business Services,    501 S. 2nd Street,
              Springfield, IL 62756-5510
11626079    +Innovative Concept Group,    P.O. Box 30719,    Tampa, FL 33630-3719
11626122    +Internal Revenue Service,    230 S. Dearborn St.,    Chicago, IL 60604-1688
11626081    +JW Marketing & Associates,    Attn: Rick Wisley,    8928 Portage Rd.,    Portage, MI 49002-6420
11626080    +Jani King,    1701 E. Woodfield Rd.,    #1100,    Schaumburg, IL 60173-5156
11695879    +K Line America,    Metrogroup Maritime,    Attn: Kemal Kurtulus,    61 Broadway Ste 1410,
              New York, NY 10006-2758
11626082    +Kitty Pallets,    1003 S. Cernan,    Bellwood, IL 60104-2462
11626084     LPL (HUI ZHOU) GLOVE CO LTD,    Daxiatang Village, Luoyang Tow,,    Boluo County, Hui Zhou City,
              Guandong 516120 PR CHINA
11626083    +Lott Marketing Company,    1328 South Loop West,    Ste 102,    Houston, TX 77054-4092
11626085    +M&D Sales,    Attn: Dave Divelbiss,    7026 Koll Center Parkway #207,    Pleasanton, CA 94566-3108
11626086     McMaster-Carr Supply Co.,    P.O. Box 7690,    Chicago, IL 60680-7690
11626087    +Mercator Momentum Fund III, LP,    555 South Flower Street,    Suite 4200,
              Los Angeles, CA 90071-2406
11626088    +Monarch Point Fund, Ltd.,    555 South Flower Street,    Suite 4200,    Los Angeles, CA 90071-2406
11626089    +Montgomery Investment Tech Inc,    2 Radnor Corporate Center,    Suite 121,    Radnor, PA 19087-4531
11626090    +New Edge Networks,    3000 Columbia House Blvd #106,    Vancouver, WA 98661-2969
11626091    +Nicolet Natural,    PO Box 085390,    Racine, WI 53408-5390
11626092    +Northwest Town,    West Town Refrigeration Corp.,    947 S. Ridgeland Ave.,
              Oak Park, IL 60304-2199
12358694     OHIO DEPARTMENT OF TAXATION,    BANKRUPTCY DIVISION,    P.O. BOX 530, COLUMBUS, OH. 43216
11626093     OON CORP RESORCES (M) SDN BHD,    LOT 59, Senawang Industrial,    Estate, 70450 Seremban,
              Negeri Sembilan Darul Khusus MALAYS
```

```
District/off: 0752-1           User: lhuley                Page 2 of 3                   Date Rcvd: Feb 22, 2010
Case: 07-17085                 Form ID: pdf006             Total Noticed: 107

11626094      Ozburn (WI) Hessey Logistics,    Lock Box 691655,    Cincinnati, OH 45269-1655
11626099      PT WRP BUANA MULTICORPORA,    Jalan Sisingamangaraja, No. 170,    Medan 20217,    INDONESIA
11626052      Percy Branche,    307 East Camden Kane,    Round Lake, IL 60073
11626095     +Peterson Associates, USA,    917 Smokey Wood Dr.,    Pittsburgh, PA 15218-2742
11731663     +Plante & Moran,    26300 Northwestern Hwy Ste 120,    Southfield, MI 48076-3750
11626096      Plante & Moran,    PO Box 79001,    Drawer 2003,    Detroit, MI 48279-2003
11626097      Pro Rep Sales,    Attn: Jay Thompsom,    25560 N. Countryside Dr.,    Barrington, IL 60010-7028
11626098     +Prologis,    100 Division St.,    Suite 101,    Bensenville, IL 60106-2276
11626105      RT Associates Inc.,    3727 Ventura Dr.,    Arlington Heights, IL 60004-7952
11626053     +Ray Calvert,    279 Regal Court,    Roselle, IL 60172-4751
11626100     +Reinhart,    P.O. Box 2965,    Milwaukee, WI 53201-2965
11788521     +Reinhart Boerner Van Deuren s.c.,    c/o L. Katie Mason, Esq.,
               1000 North Water Street, Suite 2100,    Milwaukee, WI 53202-3186
11626101     +Renegade Marketing,    11 South 5th Avenue,    Laurel, MT 59044-2932
11626102     +Roadrunner Dawes,    3576 Paysphere Circle,    Chicago, IL 60674-0035
11699954     +Robert J Simmons,    390 E Woodland Road,    Lake Forest, IL 60045-1364
11626103     +Robert Simmons / SMS, INC.,    1031 Second Street,    Hudson, WI 54016-1208
11626104      Royal Office Products,    P.O. Box 2403,    Bedford Park, IL 60499-2403
11716150     +SMS Inc.,    c/o David P. Leibowitz,    420 W. Clayton,    Waukegan, IL 60085-4216
11777828     +SMS Inc.,    c/o David P. Leibowitz,    420 W. Clayton Street,    Waukegan, IL 60085-4216
11777822     +SMS, Inc.,    David P. Leibowitz,    420 W. Clayton Street,    Waukegan, IL 60085-4216
11626124     +Securities Exchange Commission,    175 W. Jackson Blvd.,    Suite 900,    Chicago, IL 60604-2908
11626123     +Securities Exchange Commission,    100 F Street, NE,    Washington, DC 20549-2001
11626108     +Silver Train, Inc,    DEPT CH 17381,    Palatine, IL 60055-0001
11626109      Sodexho,    PO Box 7247-8673,    Philadelphia, PA 19170-8673
11626054      State of Illinois,    Department of Business Services,    501 S. 2nd Street,
               Springfield, IL 62756-5510
11626110     +Surestaff Inc.,    P.O. Box 95349,    Palatine, IL 60095-0349
11626111     +Symbology, Inc.,    7351 Kirkwood Lane North #126,    Maple Grove, MN 55369-5219
11626112     +TA Dowd & Co. Inc.,    5625 Crawford St.,    Harahan, LA 70123-5556
11626115     +TNT Enterprises, LLC.,    30011 Ivy Glenn Dr.,    Ste. 215,    Laguna Niguel, CA 92677-5018
11626113      The Custom Companies,    P.O. Box 94338,    Chicago, IL 60678-4338
11626114     +The Paper Connexion, Inc.,    919 Canton Street,    Orlando, FL 32803-3206
11882597     +Time Definte Services Inc.,    c/o Kurt E Vragel Jr.,    1701 E Lake Avenue Ste 170,
               Glenview, IL 60025-2085
11626055     +Timothy Sullivan,    547 Arbor Meadows Dr.,    Ballwin, MO 63021-7368
11626116     +Toole Law Office LLC.,    1525 East 53rd Street,    Suite 724,    Chicago, IL 60615-4575
11626117      Top Glove Sdn. Bhd.,    LOT4969, Jalan Teratai, Batu 6,    Off Jalan Meru, 41050 Klang,
               Selangor Darul Ehsan, MALAYS
11626118     +Uline,    2200 S. Lakeside Drive,    Waukegan, IL 60085-8311
11626119     +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    POB 4396,
               Timonium, MD 21094-4396
11626121      WRP Asia Pacific,    LOT1, JALAN 3, Kawasan, Perusahaan,    Badar Baru Tinggi, 43900 Sepand,
               Selagnor, Malays, MALAYS
11725792     +WRP Asia Pacific SDN BHD,    Fox Hefter Swibel Levin& Carroll LLP,    c/o Dan Hefter,
               321 N Clark Street Ste 3300,    Chicago, IL 60654-4793
11626120     +Waste Management RMC,    2421 W Peoria Ave Ste 110,    Phoenix, AZ 85029-4942
11895611     +William A Jacobsen,    209 S Waller Lane,    Mt. Prospect, IL 60056-2979
The following entities were noticed by electronic transmission on Feb 22, 2010.
11626064      E-mail/Text: tammie.bennett@wolterskluwer.com                          CT Corporation System,
               P.O. Box 4349,    Carol Stream, IL 60197-4349
11891418      E-mail/Text: ecfnotices@dor.mo.gov                         MISSOURI DEPARTMENT OF REVENUE,
               GENERAL COUNSEL,    PO BOX 475,    JEFFERSON CITY, MO  65105-0475
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11626068       ECI Medical Technologies
11626106       Selective Distribution LLC
11626107       Shijiazhuang Hongda Plastic
aty*          +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
aty*          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
                                                                                             TOTALS: 3, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: lhuley              Page 3 of 3              Date Rcvd: Feb 22, 2010
Case: 07-17085                Form ID: pdf006           Total Noticed: 107

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2010**                    **Signature:**     *Joseph Speetjens*